IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBIN F. SERFASS | § § | |
| vs. | § § | CASE NO. 6:14CV91 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (Docket No. 14), filed on July 29, 2014, recommends that the Commissioner's Agreed Motion for Remand (Docket No. 13), be granted and that this social security action be reversed and remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is hereby

**ORDERED** that the Commissioner's Agreed Motion for Remand (Docket No. 13), is **GRANTED**. The above-entitled action is **REVERSED** and **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Commissioner's motion and the findings in the Report and Recommendation.

Any motion not previously ruled on is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 4th day of September, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE